14 A.3d 1288

IN THE MATTER OF JAMES W. MISKOWSKI, AN ATTORNEY AT LAW (ATTORNEY NO. 017251974).

April 1, 2011.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–261, concluding that **JAMES W. MISKOW-SKI** of **RIDGEWOOD,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard client funds), *RPC* 1.15(d) and *Rule* 1:21–6 (record-keeping violations);

And the Disciplinary Review Board having further determined that within ninety days after the Court's Order, respondent should complete a course in attorney trust accounting;

And good cause appearing;

It is ORDERED that **JAMES W. MISKOWSKI** is hereby reprimanded; and it is further

ORDERED that within ninety days after the filing date of this Order, respondent shall complete a course in attorney trust accounting and provide proof of satisfactory completion thereof to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.